**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No. 22-09460
**BASTIEN DIAS DA COSTA**

            Debtor

Adversary Proceeding No. 22-00186
**CELETTE, INC.**

            Plaintiff

v.

**BASTIEN DIAS DA COSTA**

            Defendant

**SUMMONS IN AN ADVERSARY PROCEEDING**

**To:** BASTIEN DIAS DA COSTA

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
|---|
| Clerk, U.S. Bankruptcy Court |
| Northern District of Illinois |
| 219 S Dearborn |
| Chicago, IL 60604 |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney/Pro Se Plaintiff |
|---|
| William S Hackney, III |
| 150 N Michigan Ave |
| Ste 3300 |
| Chicago, IL 60601-7621 |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | |
|---|---|
| Courtroom 682, 219 S. Dearborn St Chicago, IL 60604 or Using Zoom | |
| By video, use link: https://www.zoomgov.com/ | **Status Hearing Date and Time** |
| By telephone, call 1-669-254-5252 or 1-646-828-7666. | 01/05/2023 at 09:30AM |
| Enter meeting ID 160 9362 1728. No passcode required. | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

Date Issued 11 / 21 / 2022



*Jeffrey P. Allsteadt*

Jeffrey P. Allsteadt, Clerk Of Court

ILNB 2012

## CERTIFICATE OF SERVICE

I, William S. Hackney, an attorney, do herby certify that I caused true and correct copies of the attached Summons and a copy of the Adversary Complaint to be served upon those listed below via this Court's CM/ECF system or regular mail on this the 21st day of November, 2022.

Bastien Dias da Costa
1233 North Bosworth Ave.
Apt. 2
Chicago, Illinois  60642
*via regular mail*

David P. Leibowitz
dleibowitz@lodpl.com
*via CM/ECF*

*William S. Hackney*